UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN W. LARGE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV142 JCH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) ("EAJA"), filed June 15, 2011. (Doc. No. 30). In his motion, Plaintiff requests an award of attorney fees in the amount of $4,552.74. Plaintiff further requests an award of costs in the amount of $350.00, which represents the filing fee to bring this action. Defendant does not object to Plaintiff's requests. (Doc. No. 32).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Award of Attorney Fees pursuant to the EAJA (Doc. No. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner of Social Security shall pay EAJA attorney fees in the amount of $4,552.74, and costs in the amount of $350.00.[1]

Dated this 30 day of June, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has indicated that after verifying Plaintiff owes no debt to the United States that is subject to offset, he will pay the EAJA fees directly to Plaintiff's attorney. (Doc. No. 32).